**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No.   M-18-PO-6622 |
| ENRIQUE POP-ICH | § | |

**O R D E R**

Came on to be considered Government's Motion to Dismiss Criminal Complaint numbered M-18-PO-6622 without prejudice against ENRIQUE POP-ICH for the reason that the Government no longer desires to prosecute at this time,   It is the opinion of this Court that said motion should be GRANTED.

It is ORDERED that the Criminal Complaint numbered M-18-PO-6622 against ENRIQUE POP-ICH be dismissed without prejudice.

It is further ORDERED that a copy of this Order be given to the U.S. Marshals Service and counsel for the Government.

SIGNED at McAllen, Texas on this the ____ day of June, 2018.

_____
J. Scott Hacker
UNITED STATES MAGISTRATE JUDGE